IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID LEE REDMOND,

        Petitioner,

v.

BRIGITTE AMSBERRY,

        Respondent.

No. 2:18-cv-00319-JE

ORDER

HERNÁNDEZ, District Judge:

        Magistrate Judge Jelderks issued a Findings and Recommendation [32] on March 13, 2019, in which he recommends that the Court deny the Petition for Writ of Habeas Corpus [1], enter a judgment dismissing this case with prejudice, and decline to issue a Certificate of Appealability. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). However, for clarification, the Court notes that Petitioner used a crescent wrench to strike Livingston in the head, not the other way around. *See* Findings and Recommendation at 2; Respondent's Ex. 116 at 3. Similarly, police found Livingston, not Petitioner, with a "significant amount of blood coming from his head." *Id.*

Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Jelderks's Findings and Recommendation [32]. The Petition for Writ of Habeas Corpus [1] is DENIED and this case is DISMISSED with prejudice. The Court declines to issue a Certificate of Appealability on the basis that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 3 day of June, 2019.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER